Patrick J. Geile
CHAPTER 7 BANKRUPTCY TRUSTEE
PO Box 925
Meridian, ID 83680
Telephone (208) 947-1575
pgeile@foleyfreeman.com

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In Re: | Case No. 21-40339-JMM |
|---|---|
| Spaulding, Eric Ryan | Chapter 7 |
| Debtors. | **TRUSTEE'S OBJECTION TO EXEMPTION** |

**NOTICE OF OBJECTION TO EXEMPTION AND OPPORTUNITY TO OBJECT AND FOR A HEARING**

**No Objection.** The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within **14** days of the date of service of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

**Objection.** Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.

**Hearing on Objection.** The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

TO THE ABOVE NAMED COURT, THE DEBTORS AND DEBTORS' ATTORNEY:

**NOTICE**

YOU ARE HEREBY NOTIFIED that the Trustee of the above estate objects to the following exemption(s) claimed by the debtor(s) in this proceeding:

| Asset | Specific Law | Value of Exemption |
|---|---|---|
| Camping Equipment, Spotting Scope | 11-605(1)(a) | $250 |
| Anodizing Equipment | 11-605(1)(a) | $400 |

**TRUSTEE'S OBJECTION TO EXEMPTION - 1**

| | | |
|---|---|---|
| RC Planes | 11-605(1)(a) | $350 |
| Dive Equipment | 11-605(1)(a) | $500 |
| Mountain Bike | 11-605(1)(a) | $250 |
| Golf Equipment | 11-605(1)(a) | $250 |

YOU ARE FURTHER NOTIFIED that the Trustee will ask the Court to grant an Order sustaining the objection(s) without further hearing unless a written reply to the Trustee's objection is filed in duplicate within fourteen (14) days from the date this objection is mailed. File the original (1) with the U.S. Bankruptcy Court, 550 W. Fort St., Boise, ID 83724; and (2) a copy with the Trustee. A written response to the Trustee's objection must be set for hearing and notice thereof mailed to parties in interest.

## OBJECTION

1. Trustee objects to the Debtors' claim of exemption in the above-listed property, as the property may not by covered, in whole or in part, by the exemption statute listed.

2. Debtor filed for Chapter 7 on June 7, 2021

3. The 341 hearing was held on July 8, 2021

4. Debtor claimed certain property exempt under household items pursuant to Idaho Code Section 11-605(1)(a).

5. Debtor testified during his 341 that he did not use the anodizing equipment, scuba gear and RC planes for household use.

6. The items listed above are for purely recreational purposes and do not fit within any of the described items set forth in 11-605(1)(a).

7. I.C. 11-605(1)(a) specifically includes goods, appliances, wearing apparel, animals, books, musical instruments, portraits, heirlooms, and items of sentimental value. In this case, RC airplanes, anodizing equipment, scuba gear,

**TRUSTEE'S OBJECTION TO EXEMPTION - 2**

and scopes for rifles are clearly not only unnecessary for personal use, but are not included in 11- 605(1)(a).

8. These items would qualify under Idaho's wildcard exemption, I.C. 11-605(10)

9. Therefore, the Court should grant the objection to the exemptions and disallow them in their entirety.

Date: August 4, 2021                           /s/  Patrick J. Geile
                                               Chapter 7 Bankruptcy Trustee


## CERTIFICATE OF SERVICE

I hereby certify that on this date as indicated below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to the individuals so noted below.  I further certify that, on the same date, I have mailed by United States Postal Service the foregoing document to the following non-EM/ECF Registered Participant(s) either listed below or on an attached list.

*Electronic Notification*

**U.S. Trustee**
Ustp.region18.bs.ect@usdoj.gov

**Paul Ross**
paul@idbankruptcylaw.com

*Served by U.S. MAIL*

**Spaulding, Eric Ryan**
411 18th Street #3
Heyburn, ID 83336

                                               /s/  Patrick J. Geile
                                               Date: August 4, 2021

**TRUSTEE'S OBJECTION TO EXEMPTION - 3**