**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

In Re:

**ERIC RYAN SPAULDING,**

Debtor.

Case No: 21-40339-JMM
Chapter 7

## STIPULATION REGARDING OBJECTION TO CLAIM OF EXEMPTION

Debtor, through counsel, and Trustee stipulate and agree as follows:

1. Trustee objected to Debtor's claim of exemption in various items on 4 August 2021. Dkt. No. 24. Trustee's objection was that particular pieces of personal property did not qualify as household items and are unnecessary for personal use. Id. Debtor disagreed as to the standard used and whether the items were exempt and filed a response. Dkt. No. 25. The matter is set for preliminary hearing on 4 October 2021 at 10:00 AM. Dkt. No. 26.

2. Debtor and Trustee recognize the values of the items are such that the hearing and litigation are likely not worthwhile. Trustee and Debtor propose the following resolution for this case:

3. Camping Equipment, Spotting Scope – not household items and not exempt.

    Anodizing equipment – not household items and not exempt.

    RC Planes – not household items and not exempt.

    Dive Equipment – not household items and not exempt.

    Mountain Bike – household item and exempt.

    Golf Equipment – not household items and not exempt.

4. Parties request the Court enter an order related to the exemptions as provided in agreed order and hearing set for 4 October 2021 at 10:00 AM be vacated.

AGREED and APPROVED as to form and substance by:

DATED 1 October 2021

/s/ Paul Ross
PAUL ROSS, attorney for Debtor

DATED 1 October 2021

/s/ Patrick Geile
PATRICK GEILE, Trustee

Stipulation regarding Objection to Claim of Exemption

2